# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Berkshire Bank

                      Plaintiff,

v.                                                Case No.: 1:22–cv–03730
                                                       Honorable Thomas M. Durkin

The Simple Greek Chicagoland LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 3, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/3/2023. No one was present on behalf of defendants. For the reasons stated on the record, the motion for default judgment [13] is granted. Plaintiff is to submit a proposed order to Judge Durkin's proposed order inbox. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.