IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERKSHIRE BANK, a Massachusetts chartered commercial bank,<br><br>Plaintiff,<br>v.<br><br>The Simple Greek Chicagoland LLC, an Illinois limited liability company, and Andy J. Papandreou.<br><br>Defendants. | Civil Action No. 22-cv-03730 |

**FINAL JUDGMENT**

This matter having come before the Court upon the Motion for Entry of an Order of Default and for Default Judgment (the "Motion") filed by Plaintiff Berkshire Bank ("Plaintiff"), and upon this Court's finding that Defendants the Simple Greek Chicagoland LLC and Andy J. Papandreou, (collectively "Defendants") have failed to plead or otherwise defend in this action, the Court GRANTS the motion for default judgment.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by the United States District Court for the Northern District of Illinois that judgment by default be entered in this action in favor of Plaintiff against Defendants as follows:

1. Final judgment as to liability and damages is hereby entered against Defendant the Simple Greek Chicagoland LLC and in favor of Plaintiff on the First Cause of Action (Breach of Contract on Note) in the sum of $624,883.84, plus per diem interest at the rate of $141.97 from October 25, 2022, through judgment, plus post-judgment interest from the date of judgment through payment in full, plus attorneys' fees and costs in the amount of $29,654.50 through October 31, 2022, plus fees and costs incurred thereafter through payment in full.

2. Final judgment as to liability and damages is hereby entered against Defendant Andy J. Papandreou and in favor of Plaintiff on the Second Cause of Action (Breach of Contract on Guaranty) in the sum of $624,883.84, plus per diem interest at the rate of $141.97 from October 25, 2022, through judgment, plus post-judgment interest from the date of judgment through payment in full, plus attorneys' fees and costs in the amount of $29,654.50 through October 31 2022, plus fees and costs incurred thereafter through payment in full.

3. Plaintiff voluntarily dismisses the Third Cause of Action (Replevin).

Dated: March 3, 2023

_____
The Honorable Thomas M. Durkin
United States District Court Judge